UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

        Petitioner,

v.

SECRETARY FOR THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

        Respondent.

Case No. CV 18-6520 CBM(JC)

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the August 2, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied, this action is dismissed, and Judgment be entered accordingly.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on any counsel for respondent.

IT IS SO ORDERED.

DATED: October 2, 2018

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>  Petitioner,<br><br>  v.<br><br>SECRETARY FOR THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>  Respondent. | Case No. CV 18-6520 CBM(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed.

IT IS SO ADJUDGED.

DATED: October 2, 2018

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE