UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>SECRETARY FOR THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | Case No. CV 18-6520 CBM(JC)<br><br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed.

IT IS SO ADJUDGED.

DATED: October 2, 2018　　　　　　/s/ Consuelo B. Marshall
　　　　　　　　　　　　　　　　　　HONORABLE CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE